AO 93 (Rev. 11/13) Search and Seizure Warrant

____FILED     ____ENTERED
____LODGED     ____RECEIVED

FEB 27 2020

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

for the

Western District of Washington

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )      Case No.  MJ20-047
)
A premises located at 22727 84th Ave. West, Edmonds, )
Washington 98026, more fully described in Attachment A )
)

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ Western _____ District of _____ Washington _____
*(identify the person or describe the property to be searched and give its location)*:

A premises located at 22727 84th Ave. West, Edmonds, Washington 98026, more fully described in Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B for list of items to be seized.

**YOU ARE COMMANDED** to execute this warrant on or before   Feb. 18, 2020   *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ any U.S. Magistrate Judge in West. Dist. of Washington _____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:      February 4, 2020 at 11:30a.m.      _____
*Judge's signature*

City and state:      Seattle, Washington      Mary Alice Theiler, United States Magistrate Judge
*Printed name and title*

USAO# 2020R00111

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>MJ20-047 | Date and time warrant executed:<br>02/06/2020   0820 hours | Copy of warrant and inventory left with:<br>Residence |
| Inventory made in the presence of :<br>*Nate Merritt / ATF* | | |
| Inventory of the property taken and name of any person(s) seized:<br><br>See attached ATF evidence log. | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.


Date: 2/6/2020

_____
*Executing officer's signature*

Shawn Galetti, SA HSI
*Printed name and title*

## ATTACHMENT A
### PREMISES TO BE SEARCHED

The premises to be searched is 22727 84th Avenue West, Edmonds, Washington 98026.   The following is a picture of the premises:



ATTACHMENT A – 1
PREMISES TO BE SEARCHED
USAO# 2020R00111

## ATTACHMENT B
## ITEMS TO BE SEIZED

All documents and items reflecting evidence and/or fruits of the commission of the crimes of (1) felon in possession of a firearm, in violation of Title 18, United States Code, Section 922(g)(1); (2) unlawful possession of a firearm, in violation of Title 26, United States Code, Sections 5861(d); (3) conspiracy, in violation of Title 18, United States Code, Section 371, *i.e.,*:

1.  Any firearms, firearms parts, and ammunition;

2.  Any silencers, firearms mufflers, and suppressors;

3.  Any documents reflecting any purchases or shipments from Zhangruiyue;

4.  Any documents reflecting any purchase or shipments from Zhejiang, China;

5.  Documents sufficient to show dominion and control of the premises and areas searched.

ATTACHMENT B – 1
ITEMS TO BE SEIZED
USAO# 2020R00111

# ATF Evidence Log

**Case #:**

Date/Time: 02/06/2020 8:20AM

Address: 22727 84th Ave W

Location/Name: Edmonds, WA

Other:

Team Leader: SA Widmer

Photographer: SA Cole

Schematic Artist: SA Heller

Other:

## Property Seized

COPY

| Item # | NForce # | Photo # | Description (e.g., Quantity, Type, Caliber, Importer, Markings, Color, Headstamp, Value, etc.): | Serial/Unique #: | Location Found: | Finder: |
|---|---|---|---|---|---|---|
| 1 | | | Holster | | | SA Heller |
| Make/Model: | | | | | Rm G on Table | |
| 2 | | | D T C | | | Heller |
| Make/Model: | | | | | Rm G on Table | |
| 3 | | | Ballistic Helmet | | | SA Heller |
| Make/Model: | | | | | Rm G on Table | |
| 4 | | | Touchscreen Deadbolt Manual (x4) | | | TFO Conaty |
| Make/Model: Schlage | | | | | RM G | |
| 5 | | | ATF Form 4 (5320.4) | | | SA Karabeika |
| Make/Model: | | | | | RM G Closet | |
| 6 | | | (x6) RP 6mm REM Ammo | | | SA Karabeika |
| Make/Model: | | | | | RM G Closet | |
| 7 | | | Ballistic Helmet in Box | | | SA Karabeika |
| Make/Model: | | | | | RM G Closet | |
| 8 | | | (2) Cabelas Containers w/ Misc Ammo | | | SA Browne |
| Make/Model: 12g Royal Buck | | | | | RM A Floor of Closet | |
| 9 | | | Silencer Parts in Box Misc. Ammo KLN #6217 | | | SA Collier |
| Make/Model: 12g Royal Buck KN #6217 | | | | | RM J | |
| 10 | | | Receipt for Body Armor Accessories | | | TFO Jones |
| Make/Model: | | | | | RM A | |
| 11 | | | Receipt for AR 80% Receivers | | | TFO Jones |
| Make/Model: | | | | | RM A | |

Evidence Tech: _Keeli Nelson_     Signature: _Keeli L Nel_     Page: _1_ of _8_

**ATF Evidence Log**                     Case #:

Date/Time: 02/06/2020

Address: 22727 84th Ave W

Location/Name: Edmonds, WA

Other:

Team Leader: SA Widmer

Photographer: SA Cole

Schematic Artist: SA Heller

Other:

**ATF US SPECIAL AGENT**

## Property Seized

| Item # | NForce # | Photo # | Description (e.g., Quantity, Type, Caliber, Importer, Markings, Color, Headstamp, Value, etc.): | Finder: |
|---|---|---|---|---|
| 12 | | | Receipt for Receiver/Framed Firearms Parts | SA Clerf |
| Make/Model: | | | Serial/Unique #: | Location Found: RM A On Table in Box |
| 13 | | | Shipping Boxes (x4) w/ labels | SA Kanibeika |
| Make/Model: | | | Serial/Unique #: | Location Found: RM I |
| 14 | | | 20lbs Potassium Nitrate  30lbs Potassium Chlorate | SA Collier |
| Make/Model: | | | Serial/Unique #: | Location Found: RM J |
| 15 | | | 1 Box Containing Fireworks/Explosives Parts | SA Collier |
| Make/Model: | | | Serial/Unique #: | Location Found: RM J |
| 16 | | | Smartphone in Case  Found SIA/Wallet | SA Galetti |
| Make/Model: | | | Serial/Unique #: | Location Found: Brasfield's Person |
| 17 | | | Car Registration  KN#6217 | SA Lassiter |
| Make/Model: | | | Serial/Unique #: | Location Found: Driver Side Visor |
| 18 | | | Bill of Sale (Porche)  KN#6217 | SA Clerf |
| Make/Model: | | | Serial/Unique #: | Location Found: Glove Box |
| 17 | | | MacBook Pro | SA Heller |
| Make/Model: | | | Serial/Unique #: C02LT0KIFD59 | Location Found: RM G |
| 18 | | | Portable Media Storage (Misc.) | SA Heller |
| Make/Model: | | | Serial/Unique #: | Location Found: RM G White Table |
| 19 | | | iMac | TFO SA Pinkerton |
| Make/Model: | | | Serial/Unique #: C02GG1U0DJGB | Location Found: RM G |
| 20 | | | Misc Portable Media storage | SA Heller |
| Make/Model: | | | Serial/Unique #: | Location Found: RM G Floor |

Evidence Tech: SA Nelson          Signature: Karl L Nelson          Page: 2 of 8

# ATF Evidence Log

**Case #:**

Date/Time: 02/06/2020

Address: 22727 84th Ave W, Edmonds WA

Location/Name:

Other:

Team Leader: SA Widmer

Photographer: SA Cole

Schematic Artist: SA Heller

Other:

## Property Seized

| Item # | NForce # | Photo # | Description (e.g., Quantity, Type, Caliber, Importer, Markings, Color, Headstamp, Value, etc.): | Finder: |
|---|---|---|---|---|
| 21 | | | iPad | SA Heller |
| **Make/Model:** | | | **Serial/Unique #:** DMPQQ6SBG5YP | **Location Found:** RMG Windowsill |
| 22 | | | *iPad* ← KN #66 Video Camera / Amazon Tablet | SA Heller |
| **Make/Model:** Amazon Tablet | | | **Serial/Unique #:** | **Location Found:** RMG Bed Frame |
| 23 | | | Lock Pick Set | TFO Pinkerton |
| **Make/Model:** | | | **Serial/Unique #:** | **Location Found:** RMG |
| 24 | | | Misc Portable Media Storage | TFO Pinkerton |
| **Make/Model:** | | | **Serial/Unique #:** | **Location Found:** RMG Windowsill |
| 25 | | | Box of Explosive Precursors | SA Collier |
| **Make/Model:** | | | **Serial/Unique #:** | **Location Found:** RMJ |
| 26 | | | Shipping labels | SA Collier |
| **Make/Model:** | | | **Serial/Unique #:** | **Location Found:** RMJ w/ #25 |
| 27 | | | Glock w/ light | SA Collier |
| **Make/Model:** 22 / 40 cal | | | **Serial/Unique #:** GZE339 | **Location Found:** RMJ Safe |
| 28 | | | Glock w/ light | SA Collier |
| **Make/Model:** 22 / 40 cal | | | **Serial/Unique #:** FYK464 | **Location Found:** RMJ Safe |
| 29 | | | 9 mm Pistol w/ Mag ammo | SA Lassiter |
| **Make/Model:** | | | **Serial/Unique #:** N/A | **Location Found:** RMJ Safe Door |
| 30 | | | Mag w/ Ammo from #29 | SA Lassiter |
| **Make/Model:** | | | **Serial/Unique #:** | **Location Found:** RMJ Safe Door |
| 31 | | | Glock Slide / Plastic frame w/ Mag & Ammo | SA Lassiter |
| **Make/Model:** 23 / .40 cal | | | **Serial/Unique #:** KUA655 | **Location Found:** RMJ Safe Door |

Evidence Tech: SA Nelson          Signature: Kurt J. Nelson          Page: 3 of 8

# ATF Evidence Log

Case #: 

Date/Time: 02/06/2020

Address: 22727 84th Ave W

Location/Name: Edmonds, WA

Other: 

Team Leader: SA Widmer

Photographer: SA Cole

Schematic Artist: SA Heller

Other: 

## Property Seized

| Item # | NForce # | Photo # | Description (e.g., Quantity, Type, Caliber, Importer, Markings, Color, Headstamp, Value, etc.): | Finder: |
|---|---|---|---|---|
| 32 | | | Glock   w/ 1 Mag   & Weapon Mounted Light | TFO Jones |
| **Make/Model:** 22  /.40 cal | | | **Serial/Unique #:** Slide  GEP 872 | **Location Found:** RM J Safe |
| 33 | | | Smith & Wesson   Mag w/ Ammo | TFO Jones |
| **Make/Model:** SW 1911   .40 cal | | | **Serial/Unique #:** UCV1190 | **Location Found:** RM J Safe |
| 34 | | | Browning  pistol  w/ mag | KN 6217  SA Guerzon  RM J |
| **Make/Model:** 1911  .380 cal | | | **Serial/Unique #:** 51HZV05814 | **Location Found:** RM J Safe |
| 35 | | | AR Type Rifle   Tri color | SA Karabeika |
| **Make/Model:** Cal 5.56 | | | **Serial/Unique #:** | **Location Found:** RM J Safe |
| 36 | | | AR Type Pistol   w/ light & Mag | SA Collier |
| **Make/Model:** cal 5.56 | | | **Serial/Unique #:** | **Location Found:** RM J Safe |
| 37 | | | Colt AR Type Rifle | SA Browne |
| **Make/Model:** Cal 5.56 | | | **Serial/Unique #:** LE180064 | **Location Found:** RM J Safe |
| 38 | | | Panther Arms AR Type Rifle | SA Lassiter |
| **Make/Model:** Cal multi | | | **Serial/Unique #:** FH128174 | **Location Found:** RM J Safe |
| 39 | | | Shotgun w/ Folding Stock  w/o   KN 6217 | TFO Jones |
| **Make/Model:** Mossberg 500 12g | | | **Serial/Unique #:** U560880 | **Location Found:** RM J Safe |
| 40 | | | 10  Shotgun Shells  12g  w/ #39 | TFO Jones |
| **Make/Model:** | | | **Serial/Unique #:** | **Location Found:** RM J Safe |
| 41 | | | AR Type Rifle | SA Guerzon |
| **Make/Model:** 300 Blackout | | | **Serial/Unique #:** None | **Location Found:** RM J Safe |
| 42 | | | Ruger 22 long   w/ Simons Scope | SA Karabeika |
| **Make/Model:** 10/22 | | | **Serial/Unique #:** 253-97817 | **Location Found:** RM J Safe |

Evidence Tech: SA Nelson          Signature: _[signature]_          Page: 4 of 8

# ATF Evidence Log

**Case #:**

Date/Time: 02/06/2020

Address: 22727 84th Ave W Edmonds WA

Location/Name:

Other:

Team Leader: SA Widmer

Photographer: SA Cole

Schematic Artist: SA Heller

Other:

## Property Seized

| Item # | NForce # | Photo # | Description (e.g., Quantity, Type, Caliber, Importer, Markings, Color, Headstamp, etc.): | Serial/Unique #: | Location Found: | Finder: |
|---|---|---|---|---|---|---|
| 43 | | | Winchester Rifle Bolt Action w/ mag | | | SA Clerf |
| Make/Model: 69A | | | 22 cal (Short/long) | | RM J Safe | |
| 44 | | | AR Type Pistol (G4-9 Markings) | | | SA Collier |
| Make/Model: | | | | | RM J Safe | |
| 45 | | | AR Type Pistol (MOE Markings) | | | SA Browne |
| Make/Model: | | | 9 mm | | RM J Safe | |
| 46 | | | AR Type Pistol w/ Mag | | | SA Lassiter |
| Make/Model: | | | 9mm | | RM J Safe | |
| 47 | | | AR Type lower w/ Handstrap | | | SA Lassiter |
| Make/Model: | | | | | RM J Safe | |
| 48 | | | AR Type Pistol No Barrel | | | SA Guerzon |
| Make/Model: | | | | | RM J Safe | |
| 49 | | | Lower w/ Stock tube AR Type Rifle | | | SA Guerzon |
| Make/Model: | | | | | RM J Safe | |
| 50 | | | Ammo (Misc) | | | SA Collier |
| Make/Model: | | | | | RM J Safe | |
| 51 | | | FNH Pistol w/ WML Mag w/ Ammo | | | SA Karabeika |
| Make/Model: 37 Five-seven | | | cal 5.7 x 28 | 386245992 | RM J Safe | |
| 52 | | | (2) Five 5.7 (1) .45 w/ Ammo Mags | | | SA Clerf |
| Make/Model: | | | | | RM J Safe | |
| 53 | | | Ammo Can w/ Misc Ammo | | | SA Collier |
| Make/Model: | | | | | RM J Safe Top of Safe | |

Evidence Tech: SA Nelson          Signature: _[signature]_          Page: 5 of 8

# ATF Evidence Log

**Case #:**

Date/Time: 02/06/2020

Address: 22727 84th Ave W

Location/Name: Edmonds, WA

Other:

Team Leader: SA Widmer

Photographer: SA Cole

Schematic Artist: SA Heller

Other:

## Property Seized

| Item # | NForce # | Photo # | Description (e.g., Quantity, Type, Caliber, Importer, Markings, Color, Headstamp, Value, etc.): | | Finder: |
|---|---|---|---|---|---|
| 54 | | | AR Type lower receiver | | SA Collier |
| Make/Model: | | | Serial/Unique #: | Location Found: RM J  Top of Safe | |
| 55 | | | Misc Portable Media Storage | | SA Lassiter |
| Make/Model: | | | Serial/Unique #: | Location Found: RM J  Top of Safe | |
| 56 | | | 13 AR Type Lower Receivers Mag Well Drilled | | SA ~~Carthoff~~ Clerf KN 6217 |
| Make/Model: | | | Serial/Unique #: | Location Found: RM J | |
| 57 | | | 14 AR Type Lower Receivers | | SA Clerf |
| Make/Model: | | | Serial/Unique #: | Location Found: RM J | |
| 58 | | | Suspected Silencer | | SA Collier |
| Make/Model: | | | Serial/Unique #: | Location Found: RM J | |
| 59 | | | 3D Printer | | SA Heller |
| Make/Model: | | | Serial/Unique #: | Location Found: RM J | |
| 60 | | | Suspected Silencer | | SA Browne |
| Make/Model: | | | Serial/Unique #: | Location Found: RM J  Desk Drawer | |
| 61 | | | (5) AR Type lowers Receivers (5) Mold Kits | | SA Browne |
| Make/Model: | | | Serial/Unique #: | Location Found: RM J | |
| 62 | | | (2) Upper Receivers  AR Type | | SA Heller |
| Make/Model: | | | Serial/Unique #: | Location Found: RM J  Top of Workbench | |
| 63 | | | Glock Type Pistol  w/ loaded Mag | | SA Heller |
| Make/Model: 22  40 cal | | | Serial/Unique #: Slide  HGA421 | Location Found: RM J  Top of Workbench | |
| 64 | | | Misc. Ammo | | SA Collier |
| Make/Model: | | | Serial/Unique #: | Location Found: RM J | |

Evidence Tech: SA Nelson          Signature: _Karl S Nelson_          Page: 6 of 8

# ATF Evidence Log

**Case #:**

Date/Time: 03/06/2020

Address: 22727 84th Ave W Edmonds WA

Location/Name:

Other:

Team Leader: SA Widmer

Photographer: SA Cole

Schematic Artist: SA Heller

Other:

## Property Seized

| Item # | NForce # | Photo # | Description (e.g., Quantity, Type, Caliber, Importer, Markings, Color, Headstamp, Value, etc.): | Finder: |
|--------|----------|---------|------------------------------------------------------------------------------------------------|---------|
| 65 | | | Misc Portable Media Storage | SA Lassiter |
| | Make/Model: | | Serial/Unique #: | Location Found: RM J |
| 66 | | | Receipts & Buisness Cards | SA Lassiter |
| | Make/Model: | | Serial/Unique #: | Location Found: RM J |
| 67 | | | Plate Carrier & Rifle Plates | SA Lassiter |
| | Make/Model: | | Serial/Unique #: | Location Found: RM J |
| 68 | | | Suspected Silencer Parts | SA Heller |
| | Make/Model: | | Serial/Unique #: | Location Found: RM J Work bench |
| 69 | | | Rifle Plate  AR 500 Armor | SA Heller |
| | Make/Model: | | Serial/Unique #: | Location Found: RM J Work bench |
| 70 | | | Box of Explosive Precursors | SA Collier |
| | Make/Model: | | Serial/Unique #: | Location Found: RM J under work bench |
| 71 | | | 7 AR Type lower Receivers | SA Clerf |
| | Make/Model: | | Serial/Unique #: | Location Found: RM J |
| 72 | | | Firearms parts | SA Heller |
| | Make/Model: | | Serial/Unique #: | Location Found: RM J Workbench |
| 73 | | | Misc Portable & Media Storage | SA Heller |
| | Make/Model: | | Serial/Unique #: | Location Found: RM J Workbench |
| 74 | | | Drilling Machine | SA Heller |
| | Make/Model: | | Serial/Unique #: | Location Found: RM J workbench |
| 75 | | | Firearm Templates / Firearms Parts | SA Heller |
| | Make/Model: | | Serial/Unique #: | Location Found: RM J work bench |

Evidence Tech: SA Nelson        Signature: _Karl L Nelson_        Page: 7 of 8

# ATF Evidence Log

**Case #:**

Date/Time: 02/06/2020

Address: 22727 84th Ave W
Edmonds, WA

Location/Name:

Other:

Team Leader: SA Widmer

Photographer: SA Cole

Schematic Artist: SA Heller

Other:

**ATF U.S. SPECIAL AGENT**

## Property Seized

| Item # | NForce # | Photo # | Description (e.g., Quantity, Type, Caliber, Importer, Markings, Color, Headstamp, Value, etc.): | Finder: |
|---|---|---|---|---|
| 76 | | | Portable Storage (Media) | SA Pinkerton |
| Make/Model: | | | Serial/Unique #: | Location Found: RM A above stove |
| 77 | | | USB Drives | SA Heller |
| Make/Model: | | | Serial/Unique #: | Location Found: RM J Server Box |
| 78 | | | Micro SD Cards x2 | SA Collier |
| Make/Model: | | | Serial/Unique #: | Location Found: RM J Desk w/ computer |
| 79 | | | Smokeless Powder | SA Collier |
| Make/Model: | | | Serial/Unique #: | Location Found: RM J |
| 80 | | | LG Computer tower (LIAN LI) | SA Heller |
| Make/Model: | | | Serial/Unique #: | Location Found: RM J |
| 81 | | | Lenovo Laptop | |
| Make/Model: | | | Serial/Unique #: | Location Found: RM J |
| Item # | NForce # | Photo # | Description: | Finder: |
| Make/Model: | | | Serial/Unique #: | Location Found: |
| Item # | NForce # | Photo # | Description: | Finder: |
| Make/Model: | | | Serial/Unique #: | Location Found: |
| Item # | NForce # | Photo # | Description: | Finder: |
| Make/Model: | | | Serial/Unique #: | Location Found: |
| Item # | NForce # | Photo # | Description: | Finder: |
| Make/Model: | | | Serial/Unique #: | Location Found: |

Evidence Tech: SA Nelson

Signature: *[signature]*

Page: 8 of 8

# ATF Evidence Log

Case #:

Date/Time: 02/06/2020

Address: 22727 84th Ave W.

Location/Name: Porche Cayenne

Other: BMF 6547 WA

Team Leader: SA Widmer

Photographer: SA Cole

Schematic Artist: SA Heller

Other:

**ATF U.S. SPECIAL AGENT**

COPY

## Property Seized

| Item # | NForce # | Photo # | Description (e.g., Quantity, Type, Caliber, Importer, Markings, Color, Headstamp, Value, etc.): | Serial/Unique #: | Location Found: | Finder: |
|---|---|---|---|---|---|---|
| 1 | | | 5    Suspected Silencers | | | SA Lassiter |
| 2 | | | Silencer (Silver) | | Porche Glove box | SA Karabeika |
| 3 | | | Glock type Pistol 9mm w/2 mags (1) loaded | | Porche Glove Box | SA Karabeika |
| 4 | | | 2 Silencers | | Porche Center Console | SA Lassiter |
| 5 | | | Mag Holder w/ Mag  Found w/ #3 | | Porche Glove Box | SA Karabeika |
| 6 | | | Car Registration | | Driver Side Visor | SA Lassiter |
| 7 | | | Bill of Sale (Porche) | | Glove Box | SA Clerf |
| 8 | | | Organic Chemistry Textbook | | Porche Back seat | SA Lassiter |
| Item # | NForce # | Photo # | | Serial/Unique #: | Location Found: | Finder: |
| Item # | NForce # | Photo # | | Serial/Unique #: | Location Found: | Finder: |
| Item # | NForce # | Photo # | | Serial/Unique #: | Location Found: | Finder: |

Evidence Tech: SA Nelson          Signature: _Karl Nelson_          Page: 1 of 1